# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
# AT NASHVILLE

**MICHAEL BROWN v. STATE OF TENNESSEE, KEVIN MYERS, WARDEN**

**Direct Appeal from the Circuit Court for Wayne County**
**No. 13220     Robert Halloway, Judge**

---

**No. M2003-02955-CCA-R3-HC - Filed November 9, 2004**

---

## ORDER

The Appellant, Michael Brown, has filed a petition to rehear in this case. The opinion of this Court, affirming the judgment of the trial court, was filed October 15, 2004. Upon review of the petition to rehear, we conclude that it should be denied.

It is therefore ordered that the petition to rehear is respectfully denied.


**PER CURIAM**
Thomas T. Woodall, Judge
David H. Welles, Judge
Jerry L. Smith, Judge